May Term,
1859.

LUNGER
v.
THE STATE.

Wednesday,
June 15.

ADAMS and Others *v.* ROBINSON.

APPEAL from the *Lagrange* Circuit Court.

*Per Curiam.*—This was a suit on a note. Judgment against the defendants by default.

The objections made by way of an assignment of errors, on the transcript originally filed, have been all removed by the amended transcript now on file, upon which no error is pointed out.

The judgment is affirmed with 10 per cent. damages and costs.

*J. M. Flagg*, for the appellants.

*A. Ellison* and *R. Parrett*, for the appellee.